UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GREGORY L. HOUSTON | ) ) ) ) |
| v. | ) NO. 3:14-2050 ) JUDGE CAMPBELL ) |
| PEPSICO, INC. | ) ) ) |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure as to the Order entered 5/24/2016 at DE 60.

    KEITH THROCKMORTON, CLERK
    s/Elaine J. Hawkins, Deputy Clerk